STEVEN D. SMELSER (SBN 180602)
ssmelser@yukelaw.com
DAVID A. TURNER (SBN 223986)
dturner@yukelaw.com
YUKEVICH | CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone:  (213) 362-7777
Facsimile:  (213) 362-7788

Attorneys for Defendant
SAFARILAND, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOYMA VANESSA MICHEL, an individual,<br><br>Plaintiff<br><br>vs.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION, a federal government agency, B. GIBBONS, an individual, E. GARZA, an individual, G. GARCIA, an individual, SAFARILAND, LLC, a Delaware limited liability company, and DOES 1 THROUGH 100, Inclusive.<br><br>Defendant. | CASE NO. 16CV0277-GPC-RBB<br><br>**DEFENDANT SAFARILAND, LLC'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant SAFARILAND, LLC ("Safariland") states that it is a limited liability company and is a wholly owned subsidiary of Maui Acquisition Corporation. No publicly held corporation owns more than 10% of Safariland.

/ / /

/ / /

/ / /

DATED: April 13, 2016       YUKEVICH | CAVANAUGH

By: ____s/ David A. Turner____
Steven D. Smelser
David A. Turner
Attorneys for Defendant SAFARILAND, LLC

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, CA 90071-1560.

On April 13, 2016, I served true copies of the following document(s) described as **DEFENDANT SAFARILAND, LLC'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** on the interested parties in this action as follows:

| | |
|---|---|
| Steven W. Haskins, Esq.<br>HASKINS & ASSOCIATES, APC<br>4045 Bonita Road, Suite 206<br>Bonita, CA 91902-1336 | Attorney for Plaintiff<br>DOYMA VANESSA MICHEL<br><br>T:  (619) 479-4351<br>F:  (619) 479-0337<br><br>SteveH@Haskinslaw.com |
| Paul W. Blake, Esq.<br>LAW OFFICES OF PAUL BLAKE<br>4045 Bonita Road, Suite 206<br>Bonita, CA 91902-1336 | Attorneys for Plaintiff<br>DOYMA VANESSA MICHEL<br><br>T:  (619) 479-4951<br>F:  (619) 479-0337<br><br>Paulwblake@att.net |

**BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 13, 2016, at Los Angeles, California.

_____
Diane L. Gutierrez