# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DOYMA VANESSA MICHEL, an individual

Plaintiff,

v.

UNITED STATES CUSTOMS AND BORDER PROTECTION, a federal government agency; B. GIBBONS, an individual; E. GARZA, an individual; G. GARCIA, an individual; SAFARILAND, LLC, a Delaware limited liability company; and DOES 1 THROUGH 100, inclusive,

Defendants.

CASE NO. 16cv277-GPC(RBB)

**ORDER DENYING DEFENDANT SARAFRILAND, LLC'S MOTION TO DISMISS AS MOOT**

[Dkt. No. 4.]

On March 9, 2016, Defendant Safariland, LLC filed a motion to dismiss the complaint. (Dkt. No. 4.) On March 30, 2016, Plaintiff filed an amended complaint which supersedes the original complaint. (Dkt. No. 6.) Accordingly, the Court DENIES Defendant's motion to dismiss the original complaint as MOOT and vacates the hearing date of **May 6, 2016.**

IT IS SO ORDERED.

DATED: April 18, 2016

HON. GONZALO P. CURIEL
United States District Judge

[16cv277-GPC(RBB)]