```
1  STEVEN W. HASKINS (State Bar No. 145395)
   HASKINS & ASSOCIATES, APC
2  4045 BONITA ROAD, SUITE 206
3  BONITA, CALIFORNIA 91902-1336
   TEL: (619) 479-4351
4  FAX: (619) 479-0337
5  Email: SteveH@Haskinslaw.com
6
7  Attorneys for DOYMA VANESSA MICHEL
```

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOYMA VANESSA MICHEL, an individual, | Case No.: 16cv0277-GPC-RBB |
| Plaintiff, | **PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANTS B. GIBBONS, E. GARZA AND G. GARCIA** |
| vs. | |
| UNITED STATES CUSTOMS AND BORDER PROTECTION, a federal government agency, B. GIBBONS, an individual, E. GARZA, an individual, G. GARCIA, an individual, SAFARILAND, LLC, a Delaware limited liability company, AND DOES 1 THROUGH 100, INCLUSIVE, | |
| Defendants. | |

Plaintiff Doyma Vanessa Michel, through her attorney, Steve W. Haskins, hereby notifies the Court and all parties that pursuant to Fed. R. Civ. P. 41(a)(1), she has dismissed the individual law enforcement defendants **B. Gibbons, E. Garza** and **G. Garcia** from this action (hereafter "defendants"). As the defendants have not yet filed a response to Plaintiff's operative Complaint, this notice is effective as a dismissal by itself without a Court Order pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i); Pedrina v. Chun, 987 F.2d 608, 610 (9th Cir. 1993). This Notice of Dismissal does

not affect Defendant the United States of America and Defendant Safariland, who both remain defendants to this action.

Dated: 08/22/2016                             **HASKINS & ASSOCIATES, APC**

                                           By:   /s/ Steven W. Haskins
                                                          Steven W. Haskins, Esq.
                                                          Attorneys for Plaintiff
                                                          Doyma Vanessa Michel