```
 1  STEVEN D. SMELSER (SBN 180602)
       ssmelser@yukelaw.com
 2  BOBBIE N. EFTEKAR (SBN 240102)
       beftekar@yukelaw.com
 3  LUCAS E. ROWE (SBN 298697)
       lrowe@yukelaw.com
 4  YUKEVICH | CAVANAUGH
    355 S. Grand Avenue, 15th Floor
 5  Los Angeles, California 90071-1560
    Telephone:  (213) 362-7777
 6  Facsimile:  (213) 362-7788

 7  Attorneys for Defendant
    SAFARILAND, LLC
 8
 9
10              UNITED STATES DISTRICT COURT
11             SOUTHERN DISTRICT OF CALIFORNIA
12
```

| | |
|---|---|
| DOYMA VANESSA MICHEL, an individual,<br><br>             Plaintiff,<br><br>     vs.<br><br>UNITED STATES OF AMERICA, B. GIBBONS, an individual, E.GARZA, an individual, G. BARCIA, an individual, SAFARILAND, LLC, a Delaware limited liability company, AND DOES 1 THROUGH 100, inclusive,<br><br>             Defendants. | CASE NO. 16CV0277-GPC-AGS<br>[*Honorable Gonzalo P. Curiel*]<br><br>**DEFENDANT SAFARILAND, LLC'S MOTION FOR SUMMARY JUDGMENT; NOTICE OF MOTION**<br><br>Hearing Date: September 8, 2017<br>Time:         1:30 p.m.<br>Courtroom.:   2D |

## **MOTION**

Pursuant to Federal Rule of Civil Procedure 56, Defendant SAFARILAND, LLC ("Safariland") respectfully moves this Court for an order:

1. Dismissing, with prejudice, Plaintiff's Second Amended Complaint for Damages (ECF Doc. 22) with respect to all claims for relief asserted against Safariland including without limitation the Eighth, Ninth, and Tenth Claims for Relief;

2. Awarding Safariland its attorneys' fees and costs incurred in this action to the fullest extent allowed by law; and

3. Granting such other relief in favor of Safariland that the Court deems appropriate.

The requested relief is based upon the undisputed material evidence that Safariland's product is not defective and that the law does not require Safariland to provide instructions to its users and intermediaries of information known or that should have been known to them. Additionally, Plaintiff cannot establish the elements of her claim under California Business & Professions Code 17200. This motion is based on Federal Rules of Civil Procedure 7(b), 56, as well as Civ.L.R. 7.1, the attached memorandum of points and authorities, supporting declarations and exhibits thereto, all the pleadings, records, and files in this action and upon such oral and documentary evidence as may be presented at the hearing on this motion.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 8, 2017, in Courtroom 2D, located at the United States District Court, Southern District of California, 221 West Broadway, San Diego, California 92101, Defendant Safariland, LLC ("Safariland") will and does hereby move this Court for summary judgment (or in the alternative, partial summary judgment) on all claims against Safariland.

DATED: July 21, 2017                YUKEVICH | CAVANAUGH


By:   /s/ Steven D. Smelser
      Steven D. Smelser
      Bobbie N. Eftekar
      Lucas E. Rowe
      Attorneys for Defendant SAFARILAND, LLC