# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOYMA VANESSA MICHEL, an individual | CASE NO. 16cv277-GPC(RBB) |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| UNITED STATES CUSTOMS AND BORDER PROTECTION, a federal government agency; B. GIBBONS, an individual; E. GARZA, an individual; G. GARCIA, an individual; SAFARILAND, LLC, a Delaware limited liability company; and DOES 1 THROUGH 100, inclusive, | |
| Defendants. | |

Plaintiff filed motions for partial summary judgment as to Defendant United States of America and as to Defendant Safariland.  (Dkt. Nos. 52, 53.)  Accordingly, IT IS HEREBY ORDERED that any opposition shall be filed on or before **August 11, 2017.**  Any reply shall be filed on or before **August 25, 2017.**  A hearing is set on **September 8, 2017 at 1:30 p.m.** in Courtroom 2D.

IT IS SO ORDERED.


DATED:  July 25, 2017

HON. GONZALO P. CURIEL
United States District Judge

- 1 -

[16cv277-GPC(RBB)]