STEVEN D. SMELSER (SBN 180602)
  ssmelser@yukelaw.com
BOBBIE N. EFTEKAR (SBN 240102)
  beftekar@yukelaw.com
LUCAS E. ROWE (SBN 298697)
  lrowe@yukelaw.com
YUKEVICH | CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone:   (213) 362-7777
Facsimile:   (213) 362-7788

Attorneys for Defendant
SAFARILAND, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOYMA VANESSA MICHEL, an individual,<br><br>              Plaintiff,<br><br>        vs.<br><br>UNITED STATES OF AMERICA, B. GIBBONS, an individual, E.GARZA, an individual, G. BARCIA, an individual, SAFARILAND, LLC, a Delaware limited liability company, AND DOES 1 THROUGH 100, inclusive,<br><br>              Defendants. | CASE NO. 16CV0277-GPC-AGS<br>[*Honorable Gonzalo P. Curiel*]<br><br>**DECLARATION OF STEVEN D. SMELSER IN SUPPORT OF DEFENDANT SAFARILAND, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: September 8, 2017<br>Time:             1:30 p.m.<br>Courtroom:    2D |

I, Steven D. Smelser, declare as follows:

1.      I am an attorney duly admitted to practice in the above-entitled Court and a partner with the law firm of Yukevich | Cavanaugh, attorneys of record for Defendant SAFARILAND, LLC ("Safariland"), a party to this action, and have personal knowledge of each and all of the facts stated in this declaration.  If called as a witness, I could and would competently testify to the facts contained herein.

2.      Attached hereto as Exhibit "A" is a true and correct copy of the

1718458.1 / 128-004                                                        16CV0277-GPC-AGS

relevant portions of the Department of Homeland Security Reports of Investigation and other related records produced by Defendant United States of America in this action.

3.     Attached hereto as Exhibit "B" is a true and correct copy of the relevant portions of the deposition transcript of Customs and Border Protection Officer Eduardo Garza.

4.     Attached hereto as Exhibit "C" is a true and correct copy of the relevant portions of the deposition transcript of Customs and Border Protection Officer Brandon Gibbons.

5.     Attached hereto as Exhibit "D" is a true and correct copy of the relevant portions of the deposition transcript of Homeland Security Investigations Special Agent Zachary Bulman.

6.     Attached hereto as Exhibit "E" is a true and correct copy of the relevant portions of the deposition transcript of Drug Enforcement Agency chemist Alexandra Ambriz.

7.     Attached hereto as Exhibit "F" is a true and correct copy of the relevant portions of the deposition transcript of Safariland, LLC employee T. Allen Miller.

8.     Attached hereto as Exhibit "G" is a true and correct copy of the relevant portions of the deposition transcript of Drug Enforcement Agency Lab Director James Malone.

9.     Attached hereto as Exhibit "H" is a true and correct copy of the relevant portions of the deposition transcript of Okorie Okorocha.

10.     Attached hereto as Exhibit "I" is a true and correct copy of the report of Okorie Okorocha produced by Plaintiff pursuant to Federal Rule of Civil Procedure 26.

11.     Attached hereto as Exhibit "J" is a true and correct copy of the relevant portions of the deposition transcript of Roger Clark.

12.     Attached hereto as Exhibit "K" is a true and correct copy of the

YUKEVICH | CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

relevant portions of the report of Roger Clark produced by Plaintiff pursuant to Federal Rule of Civil Procedure 26.

13. Attached hereto as Exhibit "L" is a true and correct copy of the relevant portions of the deposition transcript of Alison Vredenburgh.

14. Attached here to as Exhibit "M" is a true and correct copy of relevant portions of Safariland LLC Presumptive Colorimetric Screening Report, written by Angelina Duggan and produced by Safariland pursuant to Federal Rule of Civil Procedure 26.

15. Attached hereto as Exhibit "N" is a true and correct copy of the relevant portions of the Budget in Brief Fiscal Year 2017, published by the U.S. Department of Homeland Security. Such publication was last accessed at https://www.dhs.gov/sites/default/files/publications/FY2017_BIB-MASTER.pdf on July 19, 2017.

16. Attached hereto as Exhibit "O" is a true and correct copy of the relevant portions of a publication entitled *Supplemental Document SD-2 For Part IVB: Quality Assurance/Validation of Analytical Methods*, written and published by the Scientific Working Group for the Analysis of Seized Drugs in 2006. Such publication was last accessed at http://www.swgdrug.org/Documents/Supplemental%20Document%20SD-2.pdf on June 28, 2017.

17. Attached hereto as Exhibit "P" is a true and correct copy of the relevant pages of a publication published by the United Nations and written by the United Nations Office on Drugs and Crime, entitled *Recommended Methods For The Identification And Analysis Of Amphetamine, Methamphetamine, And Their Ring-Substituted Analogues In Seized Materials*.

18. Attached hereto as Exhibit "Q" is a true and correct copy of a publication entitled *Methamphetamine*, written and published by the Scientific Working Group for the Analysis of Seized Drugs, last revised on March 15, 2005.

YUKEVICH | CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

Such publication was accessed at http://www.swgdrug.org/Monographs/METHAMPHETAMINE.pdf on June 27, 2017.

19.    Attached hereto as Exhibit "R" is a true and correct copy of a document published by the Scientific Working Group for the Analysis of Seized Drugs regarding the History of the committee.  Such publication was last accessed at http://swgdrug.org/history.htm on July 19, 2017.

20.    Attached hereto as Exhibit "S" is a true and correct copy of the Bylaws of the Scientific Working Group for the Analysis of Seized Drugs, last accessed at http://swgdrug.org/bylaws.htm on July 19, 2017.

21.    Attached hereto as Exhibit "T" is a true and correct copy of a publication entitled *Methoxymethamphetamine*, written and published by the Scientific Working Group for the Analysis of Seized Drugs, last revised on August 9, 2005.  Such publication was accessed at http://www.swgdrug.org/Monographs/p-METHOXYMETHAMPHETAMINE.pdf on June 27, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 11, 2017, at Los Angeles, California.

*/s/ Steven D. Smelser*

Steven D. Smelser

YUKEVICH | CAVANAUGH

355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELPHONE (213) 362-7777
FACSIMILE (213) 362-7788