EXHIBIT N

PAGE 385



# BUDGET IN BRIEF

## FISCAL YEAR 2017

Homeland Security

EXHIBIT N
PAGE 386

# Budget-in-Brief
## Fiscal Year 2017



# Homeland Security
## www.dhs.gov

EXHIBIT N
PAGE 387

# Message from the Secretary



The President's Fiscal Year (FY) 2017 Budget Request of $40.6 billion for the Department of Homeland Security (DHS) reflects our continued commitment to the security of our homeland and the American Public. Homeland security is the most important mission any government can provide to its people.

This FY 2017 Budget Request provides funding to sustain and strengthen our most critical programs and capabilities in each of our mission areas—preventing terrorism and enhancing security, securing and managing our borders, enforcing and administering our immigration laws, safeguarding and securing cyberspace, and strengthening national preparedness and resilience.

Sincerely,



Jeh Charles Johnson

EXHIBIT N
PAGE 388

# Table of Contents

I.   Overview ...................................................................................................... 1

        Department of Homeland Security Funding Priorities .............................................. 2

        Prevent Terrorism and Enhance Security .................................................................. 2

        Secure and Manage Our Borders ............................................................................... 3

        Enforce and Administer Our Immigration Laws ....................................................... 5

        Safeguard and Secure Cyberspace ............................................................................ 5

        Strengthen National Preparedness and Resilience ................................................... 6

        Total Budget Authority .............................................................................................. 8

        FY 2017 Percent of Total Budget Authority by Organization .................................. 9

        Total Budget Authority by Organization Gross Discretionary, Mandatory,

        Fees, and Trust Funds ............................................................................................. 10

II.  Summary Information by Organization ...................................................................... 11

        Departmental Management and Operations ............................................................ 12

        Analysis and Operations .......................................................................................... 16

        Office of Inspector General ..................................................................................... 20

        U.S. Customs and Border Protection ....................................................................... 25

        U.S. Immigration and Customs Enforcement .......................................................... 34

        Transportation Security Administration ................................................................... 40

        U.S. Coast Guard ...................................................................................................... 46

        U.S. Secret Service ................................................................................................... 53

        National Protection and Programs Directorate ........................................................ 58

        Federal Emergency Management Agency ................................................................ 64

        U.S. Citizenship and Immigration Services ............................................................. 70

        Federal Law Enforcement Training Center .............................................................. 75

        Science and Technology Directorate ........................................................................ 79

        Chemical, Biological, Nuclear, and Explosives Office ........................................... 84

III. Resource Tables ......................................................................................................... 90

EXHIBIT N

PAGE 389

Overview

# Fiscal Year 2017 Overview

|  | FY 2015 Revised Enacted | FY 2016 Enacted | FY 2017 President's Budget | FY 2017 +/- FY 2016 |
|---|---|---|---|---|
|  | $000 | $000 | $000 | $000 |
| Total Budget Authority: | $   63,506,499 | $   66,295,680 | $   66,801,948 | $      506,269 |
| Less: Mandatory, Fee, and Trust Funds: | (12,874,263) | (13,083,458) | (14,555,664) | (1,472,206) |
| **Gross Discretionary Budget Authority:** | **50,632,236** | **53,212,222** | **52,246,284** | **(965,937)** |
| Less: Discretionary Offsetting Fees: | (3,899,863) | (4,040,389) | (4,965,808) | (925,419) |
| Net Discretionary Budget Authority: | 46,732,373 | 49,171,833 | 47,280,477 | (1,891,356) |
| Less: FEMA Disaster Relief - Major Disasters Cap Adjustment: | (6,437,793) | (6,712,953) | (6,709,000) | 3,953 |
| *Less: Enacted Rescissions* | *(519,372)* | *(1,506,153)* | *-* | *1,506,153* |
| Adjusted Net Discretionary Budget Authority: | 39,775,208 | 40,952,727 | 40,571,477 | (381,250) |

# Fiscal Year 2017 Budget Request
# U.S. Department of Homeland Security

The Department of Homeland Security's (DHS) mission is to secure the Nation from the many threats and hazards we face. DHS is always on guard; endeavoring to reduce risks to the Nation, both those we anticipate and those that may be less predictable. Our mission requires continuous operations while maintaining the preparedness to react to large scale events. DHS must be agile and vigilant in the face of evolving and emerging threats and other challenges. Recent events continue to highlight the importance of the DHS mission. The Office of Personnel Management data breach and recent terrorist attacks such as the downing of Metrojet #9268 and the mass shootings in Paris and San Bernardino serve as stark reminders of the threats our Nation faces or may face in the future.

The Department must continue to strengthen its foundation of ensuring security and resilience, as well as facilitating its wide-ranging, operations that keep our Nation safe and prosperous each and every day. This budget submission builds on the priorities funded in DHS's FY 2016 budget, providing the funding to sustain our most critical programs and initiatives in our five primary mission areas: prevent terrorism and enhance security, secure and manage our borders, enforce and administer our immigration laws, safeguard and secure cyberspace, and ensure resilience to disasters, while also providing funding for efforts strengthening DHS Unity of Effort and improving the DHS workforce of nearly a quarter of a million people nationwide dedicated to achieving these goals.

Consistent with the Secretary's strategic vision, the FY 2017 Budget continues to fund DHS operations while making critical investments in a centralized cybersecurity program within the National Protection and Programs Directorate (NPPD) and frontline border security technology and infrastructure, as well as implementing the President's commitment to accelerate

1

**EXHIBIT N**
**PAGE 390**

# FEDERAL LAW ENFORCEMENT TRAINING CENTER

### Description:

Over the past 46 years, the Federal Law Enforcement Training Center (FLETC) has grown into the Nation's largest provider of law enforcement training. Under the consolidated training model, FLETC's federal partner organizations deliver training unique to their missions, while FLETC provides training in areas common to all law enforcement officers, such as firearms, driving, tactics, investigations, and legal training. Partner agencies realize quantitative and qualitative benefits from this model, including the efficiencies inherent in shared services, higher quality training, and improved interoperability. FLETC's mission is to train all those who protect the homeland, and

| *At a Glance* |
| --- |
| *Senior Leadership: Connie L. Patrick, Director* |
| *Established: 1970* |
| *Major Divisions: Basic training; advanced and specialized training; state, local, tribal, and international training; law enforcement training curriculum development and management; law enforcement training research* |
| ***Budget Request: $242,518,000*** |
| *Employees (FTE): 1,068* |

therefore, its training audience also includes state, local, and tribal departments throughout the U.S. Additionally, FLETC's impact extends outside our Nation's borders through international training and capacity-building activities. To ensure the training it offers is up-to-date and relevant to emerging needs, FLETC's curriculum development and review process engages experts from across all levels of law enforcement, and FLETC partners extensively with other agencies and stakeholders in training research and the exchange of best practices to ensure it offers the most effective training subject matter, technologies, and methodologies.

### Responsibilities:



*Basic training students participate in transitional traffic stop training.*

As the Nation's primary provider of law enforcement training, FLETC is responsible for offering an efficient training model that delivers the highest quality training possible for those who protect the homeland.

Through the consolidated training model, the U.S. Government gains the economic advantages of shared services. At a FLETC location, one federal agency builds and manages a cafeteria, gymnasium, library, training facilities, classrooms, computer laboratories, dormitories, and recreational facilities that all federal partners utilize, rather than the Federal Government procuring and maintaining nearly 100 separate sets of facilities for each federal law enforcement agency. In addition, consolidated training offers economies of scale, because costs to individual agencies decrease as more agencies train at FLETC. FLETC must ensure that its training enables law enforcement

75

**EXHIBIT N**
**PAGE 391**

Federal Law Enforcement Training Center

professionals to perform their duties in the safest possible manner, at the highest possible level of proficiency. Consolidated training provides agencies the qualitative benefits of joint training in consistent, standardized, and accredited programs. By training with colleagues from other agencies, new officers and agents build bonds of trust and develop a common sense of purpose that serves them well as they work across organizational boundaries in their careers. Joint training also promotes interoperability, which leads to increased cooperation and intelligence-sharing in the field. The qualitative benefits of the consolidated training model extend to FLETC's curriculum development and review process, which leverages the wide-reaching expertise of FLETC's partner organization community to share and vet ideas about training content and methodology.

Most of the federal partner organizations that train with FLETC attend one of its multi-agency basic programs, and then provide their recruits with unique agency-specific follow-on programs at their own academies, the majority of which are co-located at one of FLETC's four domestic training sites. These include FLETC's headquarters and residential training site in Glynco, Georgia, and two additional residential training sites in Artesia, New Mexico, and Charleston, South Carolina, all of which feature classrooms, dining and residence halls, and state-of-the-art facilities for basic and advanced law enforcement training. FLETC also operates a non-residential training site in Cheltenham, Maryland, where it provides in-service and requalification training for law enforcement officers and agents in the Washington, D.C. area.

In addition to basic training, FLETC leverages the expertise of its training partners to offer an extensive array of specialized and advanced training programs, including distance learning opportunities. Additionally, through a Memorandum of Understanding with the Port of Los Angeles, FLETC has personnel assigned to deliver training at the Los Angeles Regional Maritime Law Enforcement Training Center in topics focused on protecting America's waterways and ports.

State, local, and tribal law enforcement officers and agents are an integral part of the homeland security community. To reach them, FLETC provides specialized and advanced training at its domestic training sites, and provides on-site training programs to state, local, and tribal agencies throughout the country. Finally, FLETC serves DHS's international mission through participation and leadership in the International Law Enforcement Academies, training and capacity-building activities overseas, hosting international law enforcement personnel at FLETC's domestic training sites, and engaging with international partners in research and the exchange of best practices and subject matter expertise.



*Advanced students receive instruction on forensic latent print development.*

**Service to the Public:**

FLETC trains those who protect the homeland. FLETC's federally accredited law enforcement training programs constitute a source of career-long training for the worldwide law enforcement

76

EXHIBIT N
PAGE 392

EXHIBIT O

PAGE 393

**SUPPLEMENTAL DOCUMENT SD-2**
**FOR PART IVB**

**QUALITY ASSURANCE/VALIDATION OF ANALYTICAL METHODS**

# Contents                                                         Page

**Preparing Validation Plans**
     Preface........................................................................................1

**Section I – Analytical Techniques – Elements to Consider**
     Introduction...............................................................................2
1    Infrared Spectroscopy (IR)........................................................3
2    Mass Spectrometry (MS)...........................................................6
3    Nuclear Magnetic Resonance Spectroscopy (NMR)................9
4    Raman Spectroscopy...............................................................12
5    Capillary Electrophoresis (CE)................................................15
6    Gas Chromatography (GC).......................................................18
7    Ion Mobility Spectrometry (IMS)..............................................21
8    High Performance Liquid Chromatography (HPLC)..................24
9    Microcrystalline Tests.............................................................27
10  Thin Layer Chromatography (TLC)..........................................30
11  Color Tests..............................................................................33
12  Fluorescence Spectrophotometry...........................................35
13  Immunoassay..........................................................................38
14  Melting Point...........................................................................41
15  Ultraviolet Spectrophotometry (UV).........................................44

**Section II – A Completed Validation Plan**
     Introduction..............................................................................47
     Example...................................................................................47

Preparing Validation Plans – Quality Assurance/Validation of Analytical Methods – Table of Contents
Supplemental Document SD-2
© SWGDRUG 2006-02-09 – All rights reserved

EXHIBIT O
PAGE 394

## SUPPLEMENTAL DOCUMENT SD-2
## FOR PART IVB
## QUALITY ASSURANCE/VALIDATION OF ANALYTICAL METHODS

### PREPARING VALIDATION PLANS

**Preface**

This supplemental document is designed to assist laboratories develop a general validation plan which meets their individual requirements.  The document is intended to be used in conjunction with SWGDRUG Recommendations, Section 2, Part IVB.

The supplemental document consists of two sections.  Section I provides guidance on the issues to consider when using various analytical techniques.  Section II is an example of a completed validation plan.

**Note**  In completing the validation process all sections of SWGDRUG Recommendations, Part IVB need to be considered.

Preparing Validation Plans – Quality Assurance/Validation of Analytical Methods – Preface
Supplemental Document SD-2
© SWGDRUG 2006-02-09 – All rights reserved                                    Page 1

EXHIBIT O
PAGE 395

## 11   COLOR TESTS

### 11.1   Technique Strengths

- Inexpensive:  The equipment needed, a test tube or multi-well porcelain spot plate and a dropping bottle, is not expensive.
- Speed:  If a color is to be developed by the sample and reagent, it will happen within a characteristic short time (usually less than a minute).
- Multitasking:  A large number of samples may be tested simultaneously.

### 11.2   Technique Limitations

- Drugs with similar structure may give the same colors.  For example, dextropropoxyphene can give the same color changes as cocaine in the Scott test.
- Some color test reagents consist of chemicals that are inherently dangerous.  For example, the Marquis reagent contains concentrated sulfuric acid.  This makes wearing of eye protection very important while using the Marquis reagent.
- Colors developed after a lengthy exposure of the sample to the reagent are not reliable.  For example, the sulfuric acid in the Marquis reagent will decompose almost any drug over time.  Therefore, the brown color developed by the sample in Marquis solution over ten or twenty minutes cannot be taken as an indication of the presence of methamphetamine in the sample.

### 11.3   Purpose/Scope

- Color tests are used as preliminary tests to indicate that a certain drug may or may not be present in an unextracted sample.
- A positive result does not indicate that a specific drug is present, but it does indicate that a certain class of drug is present.
- The result of the color test depends on the reaction of a certain moiety of the drug molecule with the color test reagent which is characteristic of the sample and causes a color change.
- Since the results are detected visually, care must be taken that the analyst be thoroughly tested for the visual ability to detect very slight color changes.

### 11.4   Analytical Method

### 11.4.1   Sample preparation

- List the required sample preparation schemes and the introduction techniques for the selected equipment.

### 11.4.2   Instrumental parameters

Section I: Analytical Techniques – Elements to Consider – Color Tests
Supplemental Document SD-2
© SWGDRUG 2006-02-09 – All rights reserved                                        Page 33

EXHIBIT O

PAGE 396

## 11.5    Reference Materials

- Reaction of a standard compound with a color reagent to give the expected color will serve as a validation test of that color reagent.

## 11.6    Performance Characteristics

### 11.6.1    Selectivity

- For analysis of closely related compounds, standards of each should be tested using the color test reagent to show selectivity.

### 11.6.2    Matrix Effects

### 11.6.3    Recovery

### 11.6.4    Accuracy

### 11.6.4.1    Precision (Repeatability/Reproducibility)

- Demonstrate the reproducibility by running a reference material a minimum of 10 times.

### 11.6.4.2    Trueness

### 11.6.5    Range

### 11.6.5.1    Limit of Detection

- Determine the limit of detection by measuring the response of different amounts of analyte.

### 11.6.5.2    Limit of quantitation

### 11.6.5.3    Linearity

### 11.6.6    Robustness
### 11.6.7    Ruggedness

## 11.7    Uncertainty

## 11.8    Quality Control

## 11.9    Reference

Section I:  Analytical Techniques – Elements to Consider – Color Tests
Supplemental Document SD-2
© SWGDRUG 2006-02-09 – All rights reserved                                    Page 34

EXHIBIT O
PAGE 397

EXHIBIT P
PAGE 398



UNITED NATIONS
*Office on Drugs and Crime*

**RECOMMENDED METHODS FOR
THE IDENTIFICATION AND ANALYSIS OF**

# AMPHETAMINE, METHAMPHETAMINE AND THEIR RING-SUBSTITUTED ANALOGUES IN SEIZED MATERIALS

**(revised and updated)**

MANUAL FOR USE BY NATIONAL DRUG TESTING LABORATORIES

EXHIBIT P
PAGE 399

EXHIBIT P

PAGE 400

Laboratory and Scientific Section
**United Nations Office on Drugs and Crime**
**Vienna**

# RECOMMENDED METHODS FOR THE IDENTIFICATION AND ANALYSIS OF AMPHETAMINE, METHAMPHETAMINE AND THEIR RING-SUBSTITUTED ANALOGUES IN SEIZED MATERIALS

(revised and updated)

## MANUAL FOR USE BY NATIONAL DRUG TESTING LABORATORIES



UNITED NATIONS
New York, 2006

EXHIBIT P
PAGE 401

**Note**

Mention of company names and commercial products does not imply the endorsement of the United Nations. This publication has not been formally edited.

ST/NAR/34

UNITED NATIONS PUBLICATION
Sales No. E.06.XI.1
ISBN 92-1-148208-9

EXHIBIT P
PAGE 402

## Acknowledgements

UNODC's Laboratory and Scientific Section wishes to express its thanks to the experts who participated in the Consultative Meeting on "The Review of Methods for the Identification and Analysis of Amphetamine-type Stimulants (ATS) and Their Ring-substituted Analogues in Seized Material" for their contribution to the contents of this manual.

Ms. Rosa Alis Rodríguez, Laboratorio de Drogas y Sanidad de Baleares, Palma de Mallorca, Spain

Dr. Hans Bergkvist, SKL—National Laboratory of Forensic Science, Linköping, Sweden

Ms. Warank Boonchuay, Division of Narcotics Analysis, Department of Medical Sciences, Ministry of Public Health, Nonthaburi, Thailand

Dr. Rainer Dahlenburg, Bundeskriminalamt/KT34, Wiesbaden, Germany

Mr. Adrian V. Kemmenoe, The Forensic Science Service, Birmingham Laboratory, Birmingham, United Kingdom

Dr. Tohru Kishi, National Research Institute of Police Science, Chiba, Japan

Dr. Waldemar Krawczyk, Central Forensic Laboratory of the Police, Ministry of Interior and Administration, Warsaw, Poland

Mr. Ira Lurie, Special Testing and Research Laboratory, Drug Enforcement Administration, Dulles, Virginia, United States of America

Dr. Yukiko Makino, Narcotics Control Department, Kanto-Shin'etsu Bureau of Health and Welfare, Ministry of Health, Labour and Welfare, Tokyo, Japan

Mr. Tim McKibben, Special Testing and Research Laboratory, Drug Enforcement Administration, Dulles, Virginia, United States of America

Ms. Anneke Poortman, Forensic Science Laboratory, Ministry of Justice, Rijswijk, the Netherlands

Ms. Jana Skopec*, Australian Government Analytical Laboratories, Pymble, NSW, Australia

_____
*Now with Agrifor Scientific Pty Ltd., Australia.

EXHIBIT P
PAGE 403

Mr. Takahiro Terasaki, Kanto-Shin'etsu Regional Narcotics Control Office, Ministry of Health and Welfare, Tokio, Japan

UNODC's Laboratory and Scientific Section also wishes to express its thanks to Ms. Jana Skopec for reviewing, updating and finalizing the manuscript, also with additional contributions from the meeting participants.*

---

*The review of the draft manual by Dr. Ken Tanaka, National Police Agency, Japan, is also greatly acknowledged.

*iv*

EXHIBIT P
PAGE 404

# Contents

*Page*

I.   **Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1

II.   **Use of the manual** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   3

III.   **Classification/definitions** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   5

IV.   **Description of pure compounds** . . . . . . . . . . . . . . . . . . . . . . . .   7
    A.   Stereochemistry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   7
    B.   Physical characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . .   8

V.   **Illicit ATS manufacture** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   9
    A.   Amphetamine synthesis . . . . . . . . . . . . . . . . . . . . . . . . . . . .   10
    B.   Methamphetamine synthesis . . . . . . . . . . . . . . . . . . . . . . . .   12
    C.   Synthesis of ring-substituted ATS . . . . . . . . . . . . . . . . . . .   14

VI.   **Qualitative and quantitative analysis of ATS** . . . . . . . . . . . . . . .   17
    A.   Presumptive tests . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   17
        1.   Colour tests . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   17
        2.   Anion tests . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   21
        3.   Microcrystal tests . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   23
    B.   Thin layer chromatography (TLC) . . . . . . . . . . . . . . . . . . . .   24
    C.   Gas chromatography (GC)—flame ionization detector (FID) . .   30
        1.   Qualitative analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . .   30
        2.   Quantitative analysis . . . . . . . . . . . . . . . . . . . . . . . . . . .   32
    D.   Gas chromatography-mass spectrometry (GC-MS) . . . . . . . . .   36
    E.   High performance liquid chromatography (HPLC) . . . . . . . . .   38
    F.   Fourier transform infrared (FTIR) spectroscopy . . . . . . . . . . .   40
    G.   Analysis of optical isomers . . . . . . . . . . . . . . . . . . . . . . . . .   43
        1.   Melting point . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   44
        2.   Microcrystal tests . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   44
        3.   Instrumental techniques . . . . . . . . . . . . . . . . . . . . . . . . .   46

VII.   **Additional analytical techniques for the analysis of ATS** . . . . . .   51
    A.   $^1$H-Nuclear magnetic resonance (NMR) techniques . . . . . . . . .   51
    B.   Capillary electrophoresis (CE) . . . . . . . . . . . . . . . . . . . . . . . .   52
    C.   Solid phase-micro extraction-gas chromatography (SPME-GC)   53
    D.   Gas chromatography-fourier transform infrared spectroscopy (GC-FTIR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   54

**Annexes** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   57

EXHIBIT P

PAGE 405

EXHIBIT P
PAGE 406

# VI. QUALITATIVE AND QUANTITATIVE ANALYSIS OF ATS

Generally, in attempting to establish the identity of a controlled drug in suspected material, the analytical approach must entail the determination of at least two uncorrelated parameters. It is recognized that the selection of these parameters in any particular case would take into account the drug involved and the laboratory resources available to the analyst. It is also accepted that unique requirements in different jurisdictions may dictate the actual practices followed by a particular laboratory.

## A. PRESUMPTIVE TESTS

Presumptive tests are fast screening procedures that usually consist of two or three independent tests. They are designed to provide an indication of the presence or absence of drug classes in the test sample and quickly eliminate negative samples. Good presumptive test techniques, as all analytical techniques, maximize the probability of a "true" result, and minimize the probability of a false positive. However, presumptive tests are not considered sufficient for drug identification and results must be confirmed by additional laboratory tests.

In recent times, presumptive tests are more often used as field tests, although they are also carried out in laboratories as a first screening procedure. For ATS screening, colour tests, or spot tests, are typically used, although immunoassay tests and a number of fast and portable instrumental techniques are also available. Instrumental screening methods such as ion mobility spectrophotometer (ion-scan), portable mass spectrometer, FTIR or Raman spectrometer, recently have gained popularity. Many commercial test kits for ATS screening are available, however, they should be evaluated "in house" for specificity and sensitivity.

### 1. COLOUR TESTS

Colour tests are usually the simplest and quickest chemical test that an analyst can apply to a sample. Most colour tests are quite sensitive; thus, only minute quantities of sample are necessary to complete a successful test, and often the

*17*

best results are obtained with the smallest of sample quantities, frequently less than one mg.

Because samples may vary in purity (ATS concentration), and unrelated substances may be present, the colours exhibited by these tests should be interpreted with care. In addition, the subjective aspect of colour evaluation should always be borne in mind.

## Colour test techniques

Several different reagents are typically employed for colour testing of amphetamine type substances and their ring substituted analogues. The most important colour tests for these substances are Marquis, Simon's and Chen's test. The *Marquis test* allows the distinction between amphetamine and its ring-substituted analogues. *Simon's test* is generally used as a test for secondary amines, such as methamphetamine and secondary ring-substituted amphetamines, including MDMA and MDE. However, other secondary amines, for example, diethylamine and piperidine, may give similar colours. In general, colours are intense but may fade quickly in the presence of some impurities. For these reasons, it is essential for the analyst to confirm Simon's test results by performing a supplementary test, e.g., the Marquis test. *Chen's test* is used to distinguish ephedrine, pseudoephedrine, norephedrine, phenylpropanolamine and methcathinone from amphetamine and methamphetamine, which do not react with Chen's test reagent.

A fourth test, the *gallic acid test*, provides a simple means for the distinction of MDMA, MDA and MDEA from amphetamine or methamphetamine, because it reacts specifically with methylenedioxy-substituted aromatic compounds. Precursors containing the methylenedioxy-substructure, such as safrole and isosafrole also react.

## *Methods*

Preparation of reagents is described in annex II. Reagents should be prepared freshly.

*Marquis test*
- Place a small amount (1-2 mg of powder, or 1-2 drops of a liquid) of the suspected material in a depression on a spot plate.
- Add one drop of Marquis Reagent 1, then one drop of Reagent 2, and stir.
- Observe the colour of the mixture.

*Simon's test*
- Place a small amount (1-2 mg of powder, or 1-2 drops of a liquid) of the suspected material in a depression on a spot plate.

**EXHIBIT P**

**PAGE 408**

- Add one drop of Simon Reagent 1 and stir.
- Add one drop of Simon Reagent 2, and then one drop of Reagent 3.
- Observe the colour of the mixture.

## Chen's test

- Place a small amount (1-2 mg of powder, or 1-2 drops of a liquid) of the suspected material in a depression on a spot plate.
- Add 2 drops of Chen Reagent 1.
- Add 2 drops of Chen Reagent 2, then add 2 drops of Reagent 3 and stir.
- Observe the colour of the mixture.

## Gallic acid test

- Place a small amount (1-2 mg of powder, or 1-2 drops of a liquid) of the suspected material in a small test tube.
- Add one drop of Gallic acid Reagent.
- Observe the colour of the mixture.

## Results

Table 1 provides results of the three main colour tests for the most commonly encountered amphetamine-type stimulants and their ring-substituted analogues.

Because the gallic acid test is mainly used to identify, generally, the methylene-dioxy ring substituent and not individual ATS with that sub-structure, results are not included separately, for individual substances, in the table. A bright to dark green colour indicates the presence of MDA, MDMA, MDE, N-hydroxy-MDA or MMDA. In some cases, e.g., MDE and N-hydroxy-MDA, the green colour may change to brown during the course of the test.

**Table 1.   Colour test results**

| Compound | Marquis reagent | Simon reagent | Chen reagent |
|---|---|---|---|
| Amphetamine | Orange, slowly turning brown | NR* | NR* |
| Cathinone | NR | NR* | Gradually turns to yellow or orange |
| Dimethylamphetamine | Orange | NR* | NR* |
| Ephedrine Pseudoephedrine | NR | NR* | Purple |
| N-Ethylamphetamine | Yellow, turning brown | | |
| Methamphetamine | Orange, slowly turning brown | Deep blue | NR* |
| Methcathinone | NR | slightly blue, spot- or ring-like precipitate | Gradually turns to yellow or orange |
| Norephedrine | NR | NR | Purple |
| 2C-B | Yellow --> green | NR* | NR* |
| 2C-T-2 | Light pink, orange | NR* | |
| 2C-T-7 | NR | NR* | |

EXHIBIT P

PAGE 409

Case 3:16-cv-00277-GPC-AGS    Document 60-6    Filed 08/11/17    PageID.3034    Page 26 of 62

**Table 1.**  *(continued)*

| Compound | Marquis reagent | Simon reagent | Chen reagent |
|---|---|---|---|
| DMA | green --> dark green | NR* | |
| DOB | Yellow --> green | NR* | NR* |
| DOET | yellow brown | NR* | |
| FLEA | Dark blue/black | | |
| MBDB | Dark blue/black | Deep blue | NR* |
| MDA | Dark bluc/black | NR* | NR* |
| MDDM | Dark blue/black | | |
| MDEA | Dark blue/black | (Deep) blue --> brown | NR* |
| MDMA | Dark blue/black | Deep blue | NR* |
| MDOH | Dark blue/black | | |
| MMDA | Purple | NR* | NR* |
| 4-MTA | NR | NR* | |
| PMA | NR --> light green | NR* | |
| STP / DOM | Yellow | NR* | NR* |
| TMA | Orange | NR* | |

*Note:* NR = no reaction
*The colour of the reagent should be considered as negative.

## Analytical notes

### (a)   ATS specific

Because ATS, especially ring-substituted analogues and methamphetamine in Southeast Asia, are frequently encountered in the form of brightly coloured tablets, the result of colour tests may be masked, or a change of the colour test result may occur.

Although a wide variety of colours are used for the production of ATS tablets, most colours are soluble in water, and their solubility may be manipulated by changing the pH of the solution. In such cases, therefore, the analyst should adjust the extraction procedure and eliminate the colour altogether before proceeding to the colour test itself.

In cases, when a colour test cannot be clearly interpreted due to presence of a tablet dye, the following procedure will often produce acceptable results:

Place a small amount (approximately 10 mg) of the sample into a small test tube. Add approximately 1 ml of methanol (or 1 ml of a 4:1 mixture of methanol:methylene chloride). After filtering through glass wool, evaporate to dryness. Reconstitute the sample in a minimum amount of water, and then proceed with the colour test by carefully depositing the aqueous sample solution on a spot plate and adding colour reagent. Since the sample is already diluted, 3 reagent drops per one drop of sample solution will be sufficient.

The presence of diluents and adulterants may also disturb colour reactions and result in false negative test results. While Simon's test can lead to false negative results when adulterants or diluents are present in ATS samples, the Marquis test is less sensitive to adulterated samples and is, therefore, preferable when the concentration of ATS in the sample is very low.

EXHIBIT P

PAGE 410

### (b)  General

The colours described are subjective judgements due to individual perception of colours. Because of this, subjective aspect of colour evaluation, it is necessary for each analyst to test appropriate reference standards in order to ensure that he or she can recognize each colour test result. Similarly, it is advisable to carry out a blank test without the target substance to ensure familiarity with the colour of the reagent.

When preformed properly, a negative colour test is generally quite reliable in establishing the absence of a target compound; however, positive results are only presumptive indications of the possible presence of a compound. Many other compounds, often harmless and uncontrolled by national legislation or international treaties, may give similar colours with a given colour test reagent.

Therefore, it is mandatory for the analyst to confirm a positive colour test for any legally controlled compound by the use of additional laboratory tests.

To eliminate the possibility of a false positive result due to a contaminated spot plate, it may be advantageous to place the reagent onto the spot plate, and then add a small quantity of the sample to the reagent.

## Further reading

United Nations (1995). *Rapid testing methods of drugs of abuse, Manual for use by national law enforcement and narcotics laboratory personnel* (ST/NAR/13/Rev.1)

S. A. Johns, A. A. Wist and A. R. Najam (1979). Spot tests: a colour chart reference for forensic chemists, *J. Forensic Sci.*, vol. 24, pp. 631-649.

E. Jungreis (1985), *Spot test analysis, Clinical, environmental, forensic and geochemical applications,* John Wiley & Sons, New York-Chichester-Brisbane-Toronto-Singapore.

A. C. Moffat, M. D. Osselton and B. Widdop (eds.) (2004), *Clarke's Analysis of Drugs and Poisons,* 3rd ed., Pharmaceutical Press, London-Chicago.

C.L. O'Neil et al. (2000), Validation of twelve chemical spot tests for the detection of drugs of abuse, *Forensic Sci. Int.*, vol. 109, pp. 189-201.

R.A.Velapoldi and S.A. Wicks (1974), The use of chemical spot test kits for the presumptive identification of narcotics and drugs of abuse, *J. Forensic Sci.*, vol. 19, pp. 636-654.

---

## 2.  ANION TESTS

Anion testing for forensic purposes typically makes use of solubilities combined with selected reactions where results are determined by the presence or absence, and solubility, of a precipitate.

The solubility of different ATS and their salts in water and several common solvent systems are described below.

EXHIBIT P

PAGE 411

EXHIBIT Q
PAGE 412

**METHAMPHETAMINE**                                    Latest Revision: March 15, 2005

## 1. SYNONYMS

**CFR:**                          Methamphetamine

**CAS #:**                        Base: 537-46-2
                                  Hydrochloride: 51-57-0

**Other Names:**                  1-Phenyl-2-methylaminopropane
                                  d-Deoxyephedrine
                                  d-Desoxyephedrine
                                  N,α-Dimethylbenzeneethanamine
                                  d-N-Methylamphetamine
                                  (+)-N,α-Dimethylphenethylamine
                                  d-Phenylisopropylmethylamine
                                  Methyl-β-phenylisopropylamine
                                  Norodin
                                  Methedrine

## 2. CHEMICAL AND PHYSICAL DATA

### 2.1. CHEMICAL DATA

| Form | Chemical Formula | Molecular Weight | Melting Range (°C) |
|---|---|---|---|
| Base | $C_{10}H_{15}N$ | 149.2 | Liquid at room temp. |
| Hydrochloride | $C_{10}H_{16}NCl$ | 185.7 | 172-174 |

EXHIBIT Q
PAGE 413

## 2.2. SOLUBILITY

| Form | A | C | E | H | M | W |
|------|---|---|---|---|---|---|
| Base | S | S | S | S | S | SS |
| Hydrochloride | VSS | FS | I | I | FS | FS |

A = acetone, C = chloroform, E = ether, H = hexane, M = methanol and W = water, VS = very soluble, FS = freely soluble, S = soluble, PS = sparingly soluble, SS = slightly soluble, VSS = very slightly soluble and I = insoluble

## 3. SCREENING TECHNIQUES

### 3.1. COLOR TEST

| REAGENT | COLOR PRODUCED |
|---------|----------------|
| Marquis | Orange-brown |
| Sodium nitroprusside | Blue |

### 3.2. CRYSTAL TESTS

| REAGENT | TEST | DESCRIPTION OF CRYSTALS |
|---------|------|-------------------------|
| Platinic chloride in diluted $H_3PO_4$ (d and d,l isomer specific) | Volatility | Grains with sharp edges which aggregate in chains and short prisms; birefringent. |
| Gold chloride in diluted $H_3PO_4$ (d and d,l isomer specific) | Direct or volatility | Long blades and jointed crystals, fairly high birefringence |
| Bismuth iodide in diluted $H_2SO_4$ (d and d,l isomer specific) | Volatility | Drops, long orange splinters, blades, needles; also deep red angular grains (red prisms only after evaporation): drops crystallizing in orange-red prisms with conspicuously slanting ends; also "mossy" formation of grains and some large deep red grains. |

### 3.3. THIN-LAYER CHROMATOGRAPH

EXHIBIT Q
PAGE 414

**Visualization**

Acidified iodoplatinate solution                    Acidified potassium permanganate solution

| COMPOUND | RELATIVE R$_1$ | |
|---|---|---|
| | System TLC6 | System TLC5 |
| adrenaline | 0.1 | 0.0 |
| amphetamine | 0.6 | 1.3 |
| caffeine | 1.4 | 1.6 |
| cathine | 0.3 | 1.3 |
| ephedrine | 0.4 | 0.9 |
| **methamphetamine** | 1.0 | 1.0 |
| phenylpropanolamine | 0.3 | 1.4 |
| pseudoephedrine | 0.3 | 1.1 |

## 3.4. GAS CHROMATOGRAPHY

### Method MEM-GCS1

| | |
|---|---|
| *Instrument:* | Gas chromatograph operated in split mode with FID |
| *Column:* | 5% phenyl/95% methyl silicone 10 m x 0.32 mm x 0.52 μm |
| *Carrier gas:* | Hydrogen at 1.5 mL/min |
| *Temperatures:* | Injector: 280°C<br>Detector: 280°C<br>Oven program:<br>1) 120°C initial temperature for 1.0 min<br>2) Ramp to 280°C at 25°C/min<br>3) Hold final temperature for 1.0 min |
| *Injection Parameters:* | Split Ratio = 100:1, 1 μL injected |

Samples are to be dissolved in chloroform and filtered.

EXHIBIT Q
PAGE 415

| COMPOUND | RRT | COMPOUND | RRT |
|---|---|---|---|
| dimethylsulfone | 0.38 | dimethylphthalate | 2.13 |
| phenyl-2-propanone | 0.79 | guaifenesin | 2.97 |
| amphetamine | 0.79 | caffeine | 3.64 |
| **methamphetamine** | **1.00 (1.42 min)** | lidocaine | 3.81 |
| phenylpropanolamine | 1.61 | cocaine | 4.89 |
| ephedrine | 1.80 | triprolidine | 5.05 |
| pseudoephedrine | 1.81 | heroin | 6.12 |
| nicotinamide | 1.85 | | |

### 3.5. HIGH PERFORMANCE LIQUID CHROMATOGRAPHY

**Method MEM-LCS1**

| | |
|---|---|
| *Instrument:* | High performance liquid chromatograph equipped with diode array |
| *Column:* | 5 μm ODS, 150 mm x 4.6mm at 35°C |
| *Detector:* | UV, 207 nm |
| *Flow:* | 1.0 mL/min |
| *Injection Volume:* | 5.0 μL |
| *Buffer:* | 4000 mL distilled water, 22.5 mL phosphoric acid, adjust to pH 2.3 with triethanolamine |
| *Mobile Phase:* | Buffer: acetonitrile 90:10 |

Samples are to be dissolved in methanol and filtered with a 0.45-micron filter.

| COMPOUND | RRT | COMPOUND | RRT |
|---|---|---|---|
| phenylpropanolamine | 0.20 | caffeine | 0.86 |
| ephedrine | 0.38 | **methamphetamine** | **1.00 (5.5 min)** |
| pseudoephedrine | 0.38 | cocaine | 7.92 |
| amphetamine | 0.71 | heroin | 8.53 |

## *3.6. CAPILLARY ELECTROPHORESIS*

### *Method MEM-CES*

*Internal Standard Stock Solution*:
0.15 mg/mL phenethylamine in 100 mM sodium phosphate buffer at pH of 3.5.

*Standard Solution Preparation*:
Accurately weigh and prepare a standard solution of d-methamphetamine hydrochloride, l-methamphetamine hydrochloride, d-amphetamine hydrochloride, l-amphetamine hydrochloride, d-ephedrine hydrochloride, l-ephedrine hydrochloride, d-pseudoephedrine hydrochloride and l-pseudoephedrine hydrochloride at approximately 0.15 mg/mL each using above internal standard stock solution.

*Sample Preparation*:
Accurately weigh an amount of sample into a volumetric flask and dilute with internal standard stock solution. If necessary, dilute the sample so the final concentration approximates the standard concentration.

| | |
|---|---|
| **Mode:** | Free zone |
| **Column:** | 47 cm x 50 $\mu$m fused silica capillary |
| **Run Buffer:** | 200 mM sodium phosphate buffer with 30 mM hydroxy-propyl-$\beta$-cyclodextrin pH 3.5 |
| **Detector:** | UV, 210 nm |
| **Voltage:** | 26 kV |
| **Temperature:** | 20°C liquid cooled |
| **Injection:** | 1 s hydrodynamic |
| **Run Time:** | 12 min |
| **Rinse Time:** | 2 min |

| COMPOUND | RMT | COMPOUND | RMT |
|----------|-----|----------|-----|
| phenethylamine | 0.55 | d-amphetamine | 0.93 |
| l-pseudoephedrine | 0.85 | d-pseudoephedrine | 0.95 |
| d-ephedrine | 0.88 | **l-methamphetamine** | **0.97** |
| l-ephedrine | 0.90 | **d-methamphetamine** | **1.00 (10.54 min)** |
| l-amphetamine | 0.91 | | |

## 4. SEPARATION TECHNIQUES

Methamphetamine hydrochloride can be isolated from several adulterants and diluents by the use of solvent washes. For example, ephedrine hydrochloride and pseudoephedrine hydrochloride can be separated from methamphetamine based on differences in chloroform solubilities. Methamphetamine is very soluble in chloroform while ephedrine and pseudoephedrine are not very soluble in chloroform. These components can be separated from a mixture by collecting the methamphetamine in the first couple of drops of a chloroform rinse.

Another useful technique is multiple solvent recrystallization. For example, nicotinamide, caffeine, and dimethylsulfone are slightly soluble in ether whereas methamphetamine hydrochloride is practically insoluble. The separation is accomplished by dissolving a mixture of methamphetamine and these diluents in 2 mL of methanol followed by dilution with 40 mL ether. The methamphetamine hydrochloride will precipitate out of the ether whereas the adulterants remain dissolved.

## 5. QUANTITATIVE PROCEDURE

### 5.1. GAS CHROMATOGRAPHY

*Method MEM-GCQ1*

*Internal Standard Stock Solution:*
0.25 mg/mL dimethylphthalate in chloroform.

*Standard Solution Preparation:*
Accurately weigh and prepare a standard solution of methamphetamine hydrochloride at approximately 1.0 mg/mL using above internal standard stock solution.

*Sample Preparation:*
Accurately weigh an amount of sample into a volumetric flask and dilute with internal standard stock solution. If necessary, dilute the sample so the final concentration approximates the standard concentration

**Instrument:**                Gas chromatograph operated in split mode with FID

**Column:**                5% phenyl/95% methyl silicone 10 m x 0.32 mm x 0.52 μm film thickness

| | |
|---|---|
| *Carrier gas:* | Hydrogen at 1.0 mL/min |
| *Temperatures:* | Injector: 280°C<br>Detector: 280°C<br>Oven program:<br>1) 140°C initial temperature for 0.8 min<br>2) Ramp to 200°C at 25°C/min<br>3) Hold final temperature for 1.8 min |
| *Injection Parameters:* | Split Ratio = 20:1, 1 μL injected |
| *Typical Retention Time:* | Methamphetamine: 1.30 min<br>Dimethylphthalate: 2.50 min |
| *Linear Range:* | 0.05 - 2.0 mg/mL |
| *Repeatability:* | RSD less than 0.5% |
| *Correlation Coefficient:* | 0.999 |
| *Accuracy:* | Error less than 5% |

| COMPOUND | RRT | COMPOUND | RRT |
|---|---|---|---|
| dimethylsulfone | 0.53 | pseudoephedrine | 1.63 |
| amphetamine | 0.86 | nicotinamide | 1.66 |
| **methamphetamine** | **1.00 (1.3 min)** | dimethylphthalate | 1.89 |
| phenylpropanolamine | 1.45 | guaifenesin | 2.68 |
| ephedrine | 1.62 | caffeine | 3.47 |

## 5.2. HIGH PERFORMANCE LIQUID CHROMATOGRAPHY

*Method MEM-LCQ1*

*Standard Solution Preparation:*
Accurately weigh and prepare a standard solution of methamphetamine hydrochloride at approximately 0.5 mg/mL using methanol.

*Sample Preparation:*
Accurately weigh an amount of sample into a volumetric flask and dilute with methanol. If necessary, dilute the

sample so the final concentration approximates the standard concentration. Filter sample with 0.45-micron filter.

| | |
|---|---|
| *Instrument:* | High performance liquid chromatograph equipped with diode array |
| *Column:* | 5 μm ODS, 150 mm x 4.6 mm |
| *Detector:* | UV, 207 nm |
| *Flow:* | 1.00 mL/min |
| *Injection Volume:* | 5.0 μL |
| *Buffer:* | 4000 mL distilled water, 22.5 mL phosphoric acid, adjust pH to 2.3 with triethanolamine |
| *Mobile Phase:* | Buffer: acetonitrile 90:10 |
| *Typical Retention Time:* | Methamphetamine: 5.5 min |
| *Linear Range:* | 0.05 - 2.0 mg/mL |
| *Repeatability:* | RSD less than 0.5% |
| *Correlation Coefficient:* | 0.9999 |
| *Accuracy:* | Error less than 5% |

| COMPOUND | RRT | COMPOUND | RRT |
|---|---|---|---|
| phenylpropanolamine | 0.20 | caffeine | 0.86 |
| ephedrine | 0.38 | **methamphetamine** | **1.00 (5.5 min)** |
| pseudoephedrine | 0.38 | cocaine | 7.92 |
| amphetamine | 0.71 | heroin | 8.53 |

### 5.3. CAPILLARY ELECTROPHORESIS

*Method MEM-CEQ1*

*Internal Standard Stock Solution:*
0.15 mg/mL thiamine in 10 mM sodium phosphate buffer at pH of 2.4.

*Standard Solution Preparation*:
Accurately weigh and prepare a standard solution of methamphetamine hydrochloride at approximately 0.4 mg/mL using above internal standard stock solution.

*Sample Preparation*:
Accurately weigh an amount of sample into a volumetric flask and dilute with internal standard stock solution. If necessary, dilute the sample so the final concentration approximates the standard concentration.

| | |
|---|---|
| ***Mode:*** | Free zone |
| ***Column:*** | 48 cm x 50 μm fused silica capillary |
| ***Run Buffer:*** | 50 mM sodium phosphate buffer, pH 2.4 |
| ***Detector:*** | UV, 210 nm |
| ***Voltage:*** | 25 kV |
| ***Temperature:*** | 30°C air cooled |
| ***Injection:*** | 5 s at 50 mbar hydrodynamic |
| ***Run Time:*** | 6 min |
| ***Rinse Time:*** | 2 min |
| ***Linear Range:*** | 0.04 - 1.0 mg/mL |
| ***Repeatability:*** | RSD less than 0.8% |
| ***Correlation Coefficient:*** | 0.999 |
| ***Accuracy:*** | Error less than 5% |

| COMPOUND | RMT | COMPOUND | RMT |
|---|---|---|---|
| thiamine | 0.81 | pseudoephedrine | 1.05 |
| nicotinamide | 0.92 | phenylpropanolamine | 1.07 |
| amphetamine | 0.99 | ephedrine | 1.08 |
| **methamphetamine** | **1.00 (4.0 min)** | | |

EXHIBIT Q
PAGE 421

## 6. QUALITATIVE DATA

### 6.1. INFRARED SPECTROSCOPY (FT-IR)

An additional difficulty in comparing the IR spectra of methamphetamine arises from the existence of different isomers and of ionic exchange with the matrix. To overcome this difficulty, both sample and standard should be subjected to the same preparations.

See spectra on the following pages for FT/IR, GC/MS, NMR, and Vapor Phase IR.

## 7. REFERENCES

Budavari, S., *The Merck Index, 12th Edition*, Merck and Co., Inc., 1996, p. 1017.

Clarke, E.G.C., *Isolation and Identification of Drugs, 2nd Edition*, The Pharmaceutical Press, 1986.

Horwitz William, Sr. Ed., *Official Methods of Analysis*, The Association of Official Analytical Chemists, Washington, DC., Eleventh Edition, 1970.

Moffat A. C., Sr. Ed., *Clarke's Isolation and Identification of Drugs,* The Pharmaceutical Press, London, Second Edition, 1996.

## 8. ADDITIONAL RESOURCES

Forendex

Wikipedia





EXHIBIT Q
PAGE 424





EXHIBIT R

PAGE 427

7/17/2017                                                    SWGDRUG History



## History:

Drug abuse and trafficking in controlled substances are global problems, and in recent years law enforcement has looked to international solutions for these problems.  In 1997 the U.S. Drug Enforcement Administration (DEA) and the Office of National Drug Control Policy (ONDCP) co-sponsored the formation of the Technical Working Group for the Analysis of Seized Drugs (TWGDRUG), now known as the Scientific Working Group for the Analysis of Seized Drugs (SWGDRUG).

Forensic scientists from the United States, England, Canada, Australia, Japan, Germany and the Netherlands, as well as representatives of the United Nations, several international forensic organizations and academia were invited to meet in Washington, DC. In 1999, this group, with input from the international forensic science community, finalized recommendations for the education and professional develop of forensic drug practitioners. Two years later, recommendations to enhance quality assurance protocols and define methods for the analysis and identification of seized drugs in forensic laboratories around the world were adopted. The SWGDRUG name was adopted in 1999.

SWGDRUG is now comprised of a core committee of more than 20 forensic scientists from around the world.  The mission of SWGDRUG is to recommend minimum standards for the forensic examination of seized drugs and to seek their international acceptance.

SWGDRUG Core Committee members have received hundreds of responses to international surveys and requests for comments from forensic drug analysts. Methods of communication have included this internet site (www.swgdrug.org), MICROGRAM, presentations at numerous local, national and international meetings, and personal contacts.

*Last Update January 2017*          © 2005 - 2017 SWGDRUG. All rights Reserved.          Designed by: Scott Oulton

Home | Approved | Supplemental | Drug Monographs | MS Library
Core Committee | Subcommittees | Meetings | Contact US



EXHIBIT R
PAGE 428

EXHIBIT S

PAGE 429

**BYLAWS OF THE SCIENTIFIC WORKING GROUP
FOR THE ANALYSIS OF SEIZED DRUGS**

**1    Name and objectives**

1.1    The name of the organization shall be the *Scientific Working Group for the Analysis of Seized Drugs*, herein referred to as SWGDRUG.

1.2    Mission Statement:  SWGDRUG works to improve the quality of the forensic examination of seized drugs and to respond to the needs of the forensic community by supporting the development of internationally accepted minimum standards, identifying best practices within the international community, and providing resources to help laboratories meet these standards.

1.3    SWGDRUG shall seek to achieve this mission through the following objectives:

a)   specifying requirements for practitioners' knowledge, skills and abilities,
b)   promoting professional development,
c)   providing a means of information exchange within the forensic science community,
d)   promoting ethical standards of practitioners,
e)   recommending minimum standards for examinations and reporting,
f)   providing resources and tools,
g)   establishing quality assurance requirements,
h)   considering relevant international standards, and
i)   seeking international acceptance of SWGDRUG recommendations.

**2    Membership**

Members shall be representative of the experience and knowledge in the discipline of forensic drug analysis.

2.1    The membership of the SWGDRUG Core Committee shall consist of a maximum of 30 individuals and shall consist of a Chair, Vice Chair, Secretariat and members.  Subcommittees shall be drawn from the membership. The official roster shall be documented.

2.1.1    The Chair shall be a representative from the Drug Enforcement Administration (DEA) and shall be appointed by the DEA Office of Forensic Sciences Deputy Assistant Administrator or his/her designee.

2.1.2    The Vice Chair shall be appointed by the Chair from the membership.

2.1.3    The Secretariat shall be appointed by the Chair.

2.1.4    The Chair shall endeavor to maintain a core committee consisting of members who are representative of international forensic organizations.

2.1.5    Committee membership shall be published on the SWGDRUG website (www.swgdrug.org).

2.2    Members of SWGDRUG shall be appointed by the Chair.

2.2.1    The Chair shall, to the extent possible, consider ancillary information such as profession (law enforcement, scientist, consultant, etc.), geography (regional, international, etc.), as well as affiliation (local, state, or federal government

**EXHIBIT S
PAGE 430**

agencies; private; academic; etc.) in evaluating potential membership candidates.

2.2.2    Appointment to SWGDRUG membership resides with an individual and continues at the discretion of the Chair.  It is not an agency or affiliation appointment.

2.2.3    A core committee member may be represented by a proxy at the discretion of the Chair.

2.3    **Terms of appointment**

2.3.1    The term of appointment for the Chair shall be at the discretion of the DEA Office of Forensic Sciences Deputy Assistant Administrator or his/her designee.

2.3.2    The term of appointment for the Vice Chair shall be at the discretion of the Chair.

2.3.3    The term of appointment for the Secretariat shall be at the discretion of the Chair.

2.3.4    Members of SWGDRUG shall be appointed for a minimum of three years with no limitation of the number of terms served either consecutively or in total.

2.4    **Vacancies**

2.4.1    The vacancy of a SWGDRUG membership position occurs upon the resignation of a SWGDRUG member either from SWGDRUG or his/her agency or affiliation, death of a member, or the completion of a membership term.

2.4.2    Should a SWGDRUG member fall out of good standing or be absent from three consecutive SWGDRUG meetings without good cause, or in other extreme cases of irregular attendance, the Chair may revoke SWGDRUG membership status.

2.5    **Invited guests**

The Chair may invite guests to participate in SWGDRUG meetings.  Invited guests shall not be considered members of SWGDRUG and shall not be granted voting privileges.

3    **Officers and duties**

3.1    The Chair shall manage duties including but not necessarily limited to the following:

- presiding at meetings,
- appointing members,
- establishing subcommittees,
- inviting guests to meetings,
- assigning tasks to members and/or subcommittees, and
- acting as the principal spokesperson for SWGDRUG.

3.2    The Vice Chair shall perform such duties as may be assigned by the Chair and shall perform duties including, but not necessarily limited to the following:

- discharge the duties of the Chair as needed,
- assist with appointing members and establishing subcommittees, and

SWGDRUG Bylaws
© SWGDRUG 2014-August-14 – All rights reserved

EXHIBIT S
PAGE 431

- monitoring tasks of members or subcommittees.

3.2    The Secretariat shall perform such duties as may be assigned by the Chair and shall perform all administrative duties incident to the office including, but not necessarily limited to the following:

- scheduling meetings,
- preparing meeting agendas,
- maintaining records of meetings and bylaws, and
- maintaining the SWGDRUG website.

3.3    The SWGDRUG core committee shall review and evaluate all recommendations made by SWGDRUG subcommittees, vote on such recommendations and communicate information to their respective organization and/or country.

3.4    The SWGDRUG subcommittees shall draft recommendations to address specific topics or sets of issues identified to be important to the group or the general discipline of forensic drug analysis.

## 4    Meetings

4.1    SWGDRUG shall meet a minimum of one time per calendar year.  SWGDRUG meetings are dependent on available funding.

4.2    SWGDRUG members shall be notified of SWGDRUG core committee meetings no less than 60 days in advance.

4.3    Public notice of meeting dates shall be posted on the SWGDRUG website.

4.4    The DEA shall make travel and/or lodging arrangements for all SWGDRUG members in accordance with United States Federal regulations, where applicable.

4.5    SWGDRUG members shall receive no compensation or honoraria in lieu of salary or wages for their time spent attending meetings or working on business.

4.6    Minutes shall be prepared after each meeting and circulated to the core committee for comment.  Minutes shall be posted to the SWGDRUG website following an appropriate comment period.

## 5    Subcommittee working groups

5.1    The Chair shall establish subcommittees and designate Subcommittee Chairs.

5.2    The Subcommittee Chair shall manage the activities of the subcommittee and perform all duties, including but not necessarily limited to the following:

- presiding at subcommittee meetings,
- preparing subcommittee meeting agendas,
- maintaining records,
- preparing subcommittee task documents,
- acting as a spokesperson for the subcommittee,

SWGDRUG Bylaws
© SWGDRUG 2014-August-14 – All rights reserved                    Page 3

EXHIBIT S
PAGE 432

- seeking specialized input from outside the core committee membership, and
- forwarding appropriate draft documents and other supplementary documents to the SWGDRUG Secretariat.

5.3    Upon completion of all the duties assigned it by the Chair, a subcommittee shall be indefinitely suspended or dissolved and its members reassigned as appropriate.

## 6    Formal Voting Procedures

6.1    The Chair and Core Committee members shall have voting privileges for the purpose of ratifying the SWGDRUG draft recommendations, supplementary documents, bylaw amendments and other business deemed necessary by the Chair.

6.2    The Chair shall have the discretion to grant proxy voting rights.

6.3    The Secretariat shall not have voting privileges.

6.4    A vote shall only be conducted when a quorum of at least 3/4 of the membership is achieved.

6.5    An acceptance vote requires an affirmative vote of 2/3 of the attending members.

6.6    Electronic ballots may be used at the discretion of the Chair to complete SWGDRUG tasks outside a core committee meeting.  A quorum is documented by acknowledgment of receipt of electronic ballots.

6.7    Voting results must be documented.

## 7    Process for approval of recommendations or supplementary documents

7.1    SWGDRUG core committee members shall review draft recommendations or supplementary documents provided by subcommittees.  The review process shall be governed by the Chair.

7.2    After review, the draft recommendation or supplementary document shall be presented to the SWGDRUG core committee members for a formal vote.

7.2.1    An acceptance vote shall release the draft recommendation or supplementary document for public comment.

7.2.2    A non-acceptance vote shall return the draft recommendation or supplementary document to the subcommittee for further consideration with direction from the Chair.

7.3    An approved draft recommendation or supplementary document shall be released for public comment on the website for a minimum of 60 days.  Comments shall be acknowledged and forwarded to the subcommittee for review and consideration.

7.4    After public comment and any necessary revision(s) by the subcommittee, the draft recommendation or supplementary document shall be presented to the SWGDRUG membership for formal vote.

EXHIBIT S
PAGE 433

7.4.1   An acceptance vote shall release the recommendation or supplementary document for publication.

7.4.2   A non-acceptance vote shall return the draft recommendation or supplementary document to the subcommittee for further consideration with direction from the Chair.

7.4.3   The status of such documents shall be published on the website.

**8      Amendments to the bylaws**

8.1     Amendments to bylaws shall be by formal vote.

8.2     To the extent possible, proposed amendments to the bylaws shall be submitted to the Chair 45 days prior to a scheduled vote.

8.3     The SWGDRUG core committee shall receive proposed amendments from the Secretariat at least 30 days prior to a vote.

8.4     Final revisions may be made at a core committee meeting without further notice.

8.5     An acceptance vote shall approve the amendments to the bylaws.

**EXHIBIT S**
**PAGE 434**

# EXHIBIT T

PAGE 435

## p-METHOXYMETHAMPHETAMINE

**Latest Revision:  August 9, 2005**

### 1. SYNONYMS

**CFR:**  $p$-Methoxymethamphetamine (PMMA)

**CAS #:**  Base: 22331-70-0
Hydrochloride:  unknown

**Other Names:**  Phenethylamine, N,alpha-dimethyl-4-methoxy--
alpha-(4-methoxyphenyl)-beta-methylaminopropane
(+/-)-$p$- Methoxymethamphetamine
4-Methoxymethamphetamine
(+/-)-$p$-Methoxy-.alpha.-methyl-phenethylamine
PMMA
4-MMA
1-(4-Methoxyphenyl)-N-methyl-2-propanamine

### 2. CHEMICAL AND PHYSICAL DATA

### 2.1. CHEMICAL DATA

| Form | Chemical Formula | Molecular Weight | Melting Point (°C) |
|---|---|---|---|
| Base | $C_{11}H_{17}NO$ | 179.3 | 177-178 |
| Hydrochloride | $C_{11}H_{17}NO \cdot HCl$ | 215.7 | |

### 2.2. SOLUBILITY

| Form | A | C | E | H | M | W |
|---|---|---|---|---|---|---|
| Base | * | * | * | * | S | S |
| Hydrochloride | SS | PS | I | S | VS | VS |

A = acetone, C = chloroform, E = ether, H = hexane, M = methanol and W = water, VS = very soluble, FS = freely soluble, S = soluble, PS = sparingly soluble, SS = slightly soluble, VSS = very slightly soluble and I = insoluble  *No literature information available.

## 3. SCREENING TECHNIQUES

### 3.1. COLOR TESTS

| REAGENT | COLOR PRODUCED |
|---|---|
| Sodium Nitroprusside | Blue |
| Mecke's | Light Green |

### 3.2. GAS CHROMATOGRAPHY

#### Method: PMMA-GCMSQ-1

Samples are to be dissolved in an appropriate solvent such as methanol or base extracted before injection.

**Instrument:** Gas Chromatograph / Mass Spectrometer

**Column:** HP-5MS 15.0 m x 0.25 mm x 0.25 μm film
**Carrier gas:** Hydrogen at 2.0 mL/min

**Temperatures:** Injector: 260°C
Transfer Line: 280°C
Oven program:
1) 140°C initial temperature for 0.5 min
2) Ramp to 310°C at 38°C/min
3) Hold final temperature for 0.7 min

**Injection Parameters:** Split Ratio=25:1, 1 μL injected

| COMPOUND | RRT | COMPOUND | RRT |
|---|---|---|---|
| dimethyl sulfone | 0.41 | caffeine | 1.84 |
| amphetamine | 0.58 | lidocaine | 1.93 |
| methamphetamine | 0.64 | chlorpheniramine | 2.16 |
| PMA | 0.89 | procaine | 2.19 |
| pseudo/ephedrine | 0.94 | cocaine | 2.50 |
| **PMMA** | **1.00** | triprolidine | 2.59 |
| MDA | 1.14 | O6 monoacetylmorphine | 3.00 |
| MDMA | 1.32 | heroin | 3.16 |
| acetaminophen | 1.53 | | |

### 3.3. GAS CHROMATOGRAPHY

*Method: PMMA-GCMSQ-2*

Samples are to be dissolved in an appropriate solvent such as methanol or base extracted before injection.

| | |
|---|---|
| *Instrument:* | Gas Chromatograph / Ion trap |
| *Column:* | ZB-5 30.0 m x 0.25 mm x 0.25 μm film |
| *Carrier gas:* | Helium at 1.0 mL/min |
| *Temperatures:* | Injector:  250°C<br>Transfer Line:  280°C<br>Oven program:<br>1) 100°C initial temperature for 1.0 min<br>2) Ramp to 310°C at 30°C/min<br>3) Hold final temperature for 3.5 min |
| *Injection Parameters:* | Split Ratio = 20:1, 1 μL injected |

| COMPOUND | RRT | COMPOUND | RRT |
|---|---|---|---|
| dimethyl sulfone | 0.48 | caffeine | 1.34 |
| amphetamine | 0.49 | lidocaine | 1.37 |
| methamphetamine | 0.75 | chlorpheniramine | 1.47 |
| PMA | 0.95 | procaine | 1.47 |
| pseudo/ephedrine | 0.95 | cocaine | 1.60 |
| **PMMA** | **1.00** | triprolidine | 1.63 |
| MDA | 1.04 | O6 monoacetylmorphine | 1.83 |
| MDMA | 1.09 | heroin | 1.91 |
| acetaminophen | 1.21 | | |

### 3.4. HIGH PERFORMANCE LIQUID CHROMATOGRAPHY

*Method PMMA-LCQ-1*

Samples are to be dissolved in an appropriate solvent such as 0.1 N HCl.

EXHIBIT T
PAGE 438

| *Instrument:* | High performance liquid chromatograph equipped with diode array |
|---|---|
| *Column:* | C18, 5 μm, 150 mm x 4.6 mm |
| *Detector:* | UV 210 nm, 10 BW |
| *Flow:* | 1.0 mL/min |
| *Injection Volume:* | 3 μL |
| *Buffer:* | 4000 mL distilled water, 30 mL phosphoric acid, 10 g sodium hydroxide and 8.0 mL hexylamine at pH 2.5 |
| *Mobile Phase:* | Buffer: acetonitrile 93:7 for12 min |
| *Typical Retention Time:* | PMMA 6.757 min |

| COMPOUND | RRT |
|---|---|
| pseudoephedrine | 0.48 |
| amphetamine | 0.63 |
| MDA | 0.70 |
| methamphetamine | 0.75 |
| MDMA/PMA | 0.82 |
| **PMMA** | 1.00 |
| MDEA | 1.10 |
| caffeine | 1.48 |
| ketamine | 1.60 |

*Note: MDMA/PMA coelute

## 4. SEPARATION TECHNIQUES

PMMA can be separated from matrixes by solvent extraction using the solubility.

## 5. QUANTITATIVE PROCEDURES

## 5.1. HIGH PERFORMANCE LIQUID CHROMATOGRAPHY

EXHIBIT T
PAGE 439

*Method PMMA-LCQ-1*

*Standard Solution Preparation:*
Accurately weigh and prepare a standard solution of PMMA hydrochloride at approximately 0.50 mg/mL using 0.1 N HCl.

*Sample Preparation:*
Accurately weigh an amount of sample into a volumetric flask and dilute with 0.1 N HCl. If necessary dilute the sample so the final concentration approximates the standard concentration or falls within the linear range. Filter sample with a 0.45-micron filter.

| | |
|---|---|
| **Instrument:** | High performance liquid chromatograph equipped with diode array |
| **Column:** | C18, 5 μm, 150 mm x 4.6 mm |
| **Detector:** | UV 210 nm, 10 BW |
| **Flow:** | 1.0 mL/min |
| **Injection Volume:** | 3 μL |
| **Buffer:** | 4000 mL distilled water, 30 mL phosphoric acid, 10 g sodium hydroxide and 8.0 mL hexylamine at pH 2.5 |
| **Mobile Phase:** | Buffer: acetonitrile 93:7 for 12min |
| **Typical Retention Time:** | PMMA 6.757 min |
| **Linear Range:** | 0.0603-1.206 mg/mL |
| **Repeatability:** | RSD less than 3% |
| **Correlation Coefficient:** | 0.99999 |
| **Accuracy:** | Error less than 5% |

| COMPOUND | RRT |
|---|---|
| pseudoephedrine | 0.48 |
| amphetamine | 0.63 |
| MDA | 0.70 |
| methamphetamine | 0.75 |
| MDMA/PMA | 0.82 |

| PMMA | 1.00 |
|---|---|
| MDEA | 1.10 |
| caffeine | 1.48 |
| ketamine | 1.60 |

*Note: MDMA/PMA coelute

## 6. QUALITATIVE DATA

See spectra on the following pages for FT-IR, Mass Spectrometry, Nuclear Magnetic Resonance, UV, and Vapor Phase IR.

## 7. REFERENCES

Blachut, Dariusz, Wojtasiewicz, Krystyna, Czarnocki, Zbigniew, "Identification and Synthesis of Some Contaminants Present in 4-Methoxyamphetamine (PMA) Prepared by the Leukart Method," Forensic Science International, 127, 2002.

Clarke, E.G.C., *Isolation and Identification of Drugs, 2nd Edition*, The Pharmaceutical Press, 1986.

Coates, J., and Reffner, J., "Visualization of Micro-ATR Infrared Spectroscopy," *Spectroscopy*, Vol. 14, #4, April 1999.

Coumbaros, John C., Kirkbride, K. Paul, and Klass, Gunter, "Application of Solid-Phase Micrextraction to the Profiling of an Illicit Drug: Manufacturing Impurities in Illicit 4-Methoxyamphetamine," Technical Note (DEA).

Del Cason, Terry, "The Identification of 4-Methoxyamphetamine (PMA) and 4-Methoxymethamphetamine (PMMA), Microgram, Volume 23, No. 8, August 2000.

Kirkbride, K. Paul, Ward, A. David, Jenkins, Natalie F., Klass, Gunter, and Coumbaros, John C., "Synthesis of 4-Methyl-5-Arylpyrimidines and 4-Arylpyrimidines: Route Specific Markers for the Leukardt Preparation of Amphetamine, 4-Methoxyamphetamine, and 4-Methoxymethamphetamine," Forensic Science International, 115, 2001.

Kochana, J., Wilamowski, J., and Parczewski, A., "Profiling of Impurities in *p*-Methoxymethamphetamine (PMMA) by means of SPE/TLC method, Examination of the Influence of Experimental Conditions According to $2^4$ factorial," Forensic Science International, 134, 2003.

Kochana, J., Wilamowski, J., Parczewski, M., Surma, M., "Synthesis of Standards of the Most Important Markers of Leuckart p-Methoxymethamphetamine (PMMA), Examination of the Influence of Experimental Conditions and a Drug Diluent on SPE/TLC Profiling," Forensic Science International, 134, 2003.

## 8. ADDITIONAL RESOURCES

Wikipedia

MS (EI, Quadrupole):  p-Methoxymethamphetamine



MS (EI, Ion trap):  p-Methoxymethamphetamine



### FTIR:  p-Methoxymethamphetamine hydrochloride, KBr
### 4 Scans, 4.000 cm$^{-1}$ resolution



### FTIR:  p-Methoxymethamphetamine base KBr smear
### 4 scans, 4.000 cm$^{-1}$ resolution



FTIR(Diamond ATR):  p-Methoxymethamphetamine HCl
4 Scans 4.000 cm⁻¹Resolution



FTIR (Diamond ATR):  p-Methoxymethamphetamine base
4 Scans, 4.000 cm⁻¹ resolution



IR (Vapor Phase):  p-Methoxymethamphetamine
$Na_2CO_3$ extracted $CH_2Cl_2$



NMR (Proton):  p-Methoxymethamphetamine HCl
31.97 mg/mL in $D_2O$ with TSP and 5.019 mg Maleic Acid, 400 MHz





| No. | (ppm) |
|-----|-------|
| 1 | 1.26 |
| 2 | 1.28 |
| 3 | 2.71 |
| 4 | 2.86 |
| 5 | 2.88 |
| 6 | 2.99 |
| 7 | 3.01 |
| 8 | 3.48 |
| 9 | 3.50 |
| 10 | 3.83 |
| 11 | 6.99 |
| 12 | 7.02 |
| 13 | 7.25 |
| 14 | 7.27 |

EXHIBIT T
PAGE 445

NMR (Carbon):  p-Methoxymethamphetamine HCl
31.97 mg/ml in D$_2$O with TSP and 5.019 mg Maleic Acid, 400 MHz



UV:  p-Methoxymethamphetamine HCl
in 0.1 N HCl



EXHIBIT T
PAGE 446