STEVEN D. SMELSER (SBN 180602)
  ssmelser@yukelaw.com
DAVID A. TURNER (SBN 223986)
  dturner@yukelaw.com
BOBBIE N. EFTEKAR (SBN 240102)
  beftekar@yukelaw.com
LUCAS E. ROWE (SBN 298697)
  lrowe@yukelaw.com
YUKEVICH | CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone:    (213) 362-7777
Facsimile:    (213) 362-7788

Attorneys for Defendant
SAFARILAND, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOYMA VANESSA MICHEL, an individual, | CASE NO. 3:16-cv-00277-GPC-AGS |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | Date:    September 8, 2017<br>Time:    1:30 p.m.<br>Crtrm.:    2D |
| UNITED STATES OF AMERICA, B. GIBBONS, an individual, E.GARZA, an individual, G. BARCIA, an individual, SAFARILAND, LLC, a Delaware limited liability company, AND DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | |

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, CA 90071-1560.

On August _11_, 2017, I served true copies of the following documents:

1.    **DEFENDANT SAFARILAND, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT;**
2.    **DECLARATION OF STEVEN D. SMELSER IN SUPPORT OF DEFENDANT SAFARILAND, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT; and**

1738757.1 / 128-004                                        1                                        3:16-cv-00277-GPC-AGS

**3.    SAFARILAND'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT SAFARILAND, LLC**

on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY CM/ECF** for parties that are CM/ECF participants.  Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August _11_, 2017, at Los Angeles, California.

Denise M. LaCroix

YUKEVICH | CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELPHONE (213) 362-7777
FACSIMILE (213) 362-7788

**SERVICE LIST**

**Doyma Vanessa Michel vs. US Customs and Border Protection, et al.**
3:16-cv-00277-GPC-AGS USDC – Southern District Civil Action No. 3:16-cv-00277-GPC-AGS

| | |
|---|---|
| Steven W. Haskins, Esq.<br>HASKINS & ASSOCIATES, APC<br>4045 Bonita Road, Suite 206<br>Bonita, CA 91902-1336 | Attorney for Plaintiff<br>DOYMA VANESSA MICHEL<br><br>T:    (619) 479-4351<br>F:    (619) 479-0337<br>Email: SteveH@Haskinslaw.com |
| Eugene G. Iredale, Esq.<br>Julia Yoo, Esq.<br>Grace Jun, Esq.<br>IREDALE & YOO, APC<br>105 West F Street, Fourth Floor<br>San Diego, CA 92101-6036 | Attorneys for Plaintiff<br>DOYMA VANESSA MICHEL<br><br>T:    (619) 233-1525<br>F:    (619) 233-3221<br>Email: egiredale@iredalelaw.com<br>         gjun@iredalelaw.com<br>         jyoo@iredalelaw.com |
| Alana W. Robinson<br>Acting United States Attorney<br>Steve B. Chu<br>Assistant United States Attorney<br>Office of the U.S. Attorney<br>880 Front Street, Room 6293<br>San Diego, CA  92101-8893 | Attorneys for Defendant<br>UNITED STATES OF AMERICA<br>Customs and Border Protection<br><br>T:    (619) 546-7167<br>F:    (619) 546-7751<br>Email: steve.chu@usdoj.gov |

1738757.1 / 128-004                                           3                                           3:16-cv-00277-GPC-AGS